**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Clifford E. Earixson,<br><br>        Petitioner,<br><br>vs.<br><br>Deputy Warden S. Walker, et. al.,<br><br>        Respondents. | No. Civ. 02-2543-PCT-ROS (VAM)<br><br>**Order** |

It appearing to the Court that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge.

DATED this 7th day of December, 2006.

_____
Roslyn O. Silver
United States District Judge